# UNITED STATES BANKRUPTCY COURT
**Eastern District of New York**
www.nyeb.uscourts.gov

**Case Name:** Mohamed Ismail Elmasri
**Case No.:** 805-88238-619

**Adv. Proc. No.** 806-8369-619
Coleen Rupp v. Elmasri

# MAILING CERTIFICATE

I, Ruth Anziano, Judicial Assistant to Hon. Joel B. Rosenthal, United States Bankruptcy Court, hereby certify that there was deposited on **July 25, 2007** in a duly maintained Post Office Box at the United States Bankruptcy Court, United States Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722 copies of **ORDER CORRECTING ERRATA IN DECISION DATED MAY 24, 2007, dated July 25, 2007**, duly addressed to:

**Debtor**
Mohamed Ismail Elmasri
41 Tremont Avenue
Patchogue, NY 11772

**Attorney for Ch. 7 Trustee**
Donna M Fiorelli, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

**Attorney for Coleen Rupp**
Heath S Berger, Esq.
Steinberg Fineo Berger & Fischoff, PC
40 Crossways Park Drive
Woodbury, NY 11797

**Attorney for Donna England**
Edward Zinker, Esq.
278 East Main Street
P.O. Box 866
Smithtown, NY 11787-0866

Dated: July 25, 2007
Central Islip, New York

*/s/ Ruth Anziano*
Ruth Anziano